RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Jopresley Wise

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00404-GMN-PAL |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE** |
| v. | (First Request) |
| JOPRESLEY WISE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Jopresley Wise, that the initial appearance currently scheduled on May 13, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The basis is so Counsel for the defendant and the defendant can avoid personal contact at the federal public defender's office during the COVID-19 pandemic.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the initial appearance.

DATED this 12 day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Jamie Mickelson<br>JAMIE MICKELSON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOPRESLEY WISE,<br><br>　　　　Defendant. | Case No. 2:11-cr-00404-GMN-PAL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the initial appearance currently scheduled on Wednesday, May 13, 2020, at 2:30 p.m., be vacated and continued to May 21, 2020, at the hour of 2:30 p.m., in courtroom 4B before Magistrate Judge Cam Ferenbach.

　　　DATED this 13th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3